IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT


UNITED STATES OF AMERICA          :

    v.                                  :          NO. 10-3013

WILLIAM GLAY                      :


EX PARTE MOTION FOR ISSUANCE OF CJA 21

Appellant, by and through counsel, Pleasant S. Brodnax, moves this Honorable Court for issuance of a CJA 21 for Duplication Services.  In support, he states the following.

1.  Appellant has used the services of The Lex Group to duplicate the Joint Appendix and opening Brief.  In the event a reply brief is filed, appellant will again use The Lex Group to duplicate that filing.

2.  So that The Lex Group can be paid when it has completed its duplication services in this case, it is requested that a CJA 21 be issued authorizing payment for duplication services not to exceed $600.00.

Wherefore, it is requested that this motion be granted.

Respectfully submitted,


/s/_____
Pleasant S. Brodnax, III
Appointed by the Court

Law Offices of Pleasant S. Brodnax
1701 Pennsylvania Ave, NW Suite 300
Washington, DC 20006
(202) 462-1100