# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 10-3013**                  **September Term, 2012**

1:08-cr-00213-JDB-2

**Filed On: March 21, 2013** [1426619]

United States of America,

    Appellee

    v.

William K. Glay,

    Appellant

## O R D E R

Upon consideration of appellant's motion for issuance of CJA 21 voucher, it is

**ORDERED** that the motion be granted, subject to the court's review of the reasonableness of the cost of services obtained. See 18 U.S.C. § 3006A(e)(2).

The Clerk is directed to issue to counsel the appropriate CJA forms.

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                          BY:      /s/
                                               Mark A. Butler
                                               Deputy Clerk